JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | 5:23-cv-02085-SSS-SHKx | Date | April 18, 2024 |
|---|---|---|---|
| Title | *Jinlian Ge v. George Mihalko, et al.* | | |

Present: The Honorable   SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:  ORDER REGARDING ORDER TO SHOW CAUSE AND DISMISSING COMPLAINT WITHOUT PREJUDICE.**

On February 26, 2024, this Court issued an Order to Show Cause [Dkt. 13] indicating that Plaintiff had failed to properly execute service upon any of the named Defendants. Plaintiff was instructed to file with this Court, no later than Friday, March 29, 2024, proper proof of service of the summons and complaint as to each Defendant against whom Plaintiff intends to proceed with his case. Plaintiff was cautioned that failure to do so would result in the dismissal of all claims without prejudice.

As of the date listed above, Plaintiff has not made any such filing with the Court. The complaint is therefore **DISMISSED WITHOUT PREJUDICE**. The Clerk is **DIRECTED** to close this action.

**IT IS SO ORDERED.**